District Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMIE KUJABI, <br><br>   Plaintiff, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br>   Defendants. | Case No. 2:24-cv-02170-JNW <br><br> ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY |

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion to Stay is GRANTED, for the reasons set forth in Defendants' Motion. The case is held in abeyance until September 4, 2025. Defendants shall submit a status report on or before September 4, 2025.

Dated this 13th day of March, 2025.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY
[Case No. 2:24-cv-02170-JNW] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1 | Presented by:

2 | TEAL LUTHY MILLER
  | Acting United States Attorney
3

4 | *s/ Michelle R. Lambert*
  | MICHELLE R. LAMBERT, NYS #4666657
5 | Assistant United States Attorney
  | United States Attorney's Office
6 | Western District of Washington
  | 1201 Pacific Avenue, Suite 700
7 | Tacoma, Washington 98402
  | Phone: (253) 428-3800
8 | Fax:    (253) 428-3826
  | Email: michelle.lambert@usdoj.gov

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY
[Case No. 2:24-cv-02170-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800