District Judge Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE, WASHINGTON

| | |
|---|---|
| AMIE KUJABI,<br><br>                          Plaintiff,<br>          v.<br><br>KRISTI NOEM, *et al.*,<br><br>                          Defendants. | Case No.  2:24-CV-02170-JNW<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration:<br>August 20, 2025 |

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear their own fees or costs.

//

//

//

//

//

//

//

STIPULATED ORDER FOR DISMISSAL
[Case No. 2:24-cv-02170-JNW] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 20th day of August, 2025.

| | |
|---|---|
| /s Mari L. Matsumoto<br>Mari Lise Matsumoto, WSBA 39227<br>11050 Fifth Ave NE, Ste 205<br>Seattle, WA 98125<br>Phone: 206-335-5567<br>Email: mari@imm-defense.com<br><br>*Attorney for Plaintiff* | TEAL LUTHI MILLER<br>Acting United States Attorney<br><br>/s Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS#4666657<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>1201 Pacific Ave, Suite 700<br>Tacoma, Washington 98402<br>Phone: 206-553-7970<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Defendants* |

## **ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulated Order for Dismissal is GRANTED. The case is dismissed without prejudice with each party to bear their own costs.

SO ORDERED.

Dated this 22nd day of August, 2025.

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED ORDER FOR DISMISSAL
[Case No. 2:24-cv-02170-JNW] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970